

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00324-CV

KATHERINE GALLIEN                                             APPELLANT

V.

OAKCHASE APARTMENTS                                          APPELLEE

------------

### FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
### TRIAL COURT NO. 2015-005436-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On October 14, 2015, and November 2, 2015, we notified appellant in accordance with rule of appellate procedure 42.3(c) that we would dismiss this appeal unless the filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellant has not paid the filing fee. *See* Tex. R. App. P. 5, 12.1(b).

---

[1]*See* Tex. R. App. P. 47.4.

Because appellant failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  December 3, 2015

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals fees).